UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
1:15-cv-00615

| | |
|---|---|
| LISA REHKOPF, ERIC SLATER, and LANCE REHKOPF,<br>　　PLAINTIFFS,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, ALTISOURCE SOLUTIONS, INC., WELLS FARGO BANK N.A. AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-4, ASSET-BACKED CERTIFICATES, SERIES 2007-4, and FIELD CONNECTIONS, LLC,<br>　　DEFENDANTS. | STIPULATION OF DISMISSAL OF FIELD CONNECTIONS, LLC |

　　It is stipulated by the undersigned parties that all claims against Field Connections, LLC in this action are voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Rules of Civil Procedure.

　　Respectfully submitted, this the 30th day of January, 2017.

| | |
|---|---|
| PARRY TYNDALL WHITE | CRANFILL SUMNER & HARTZOG, LLP |
| s/ James C. White<br>James C. White, N.C. Bar # 31859<br>Michelle M. Walker, N.C. Bar # 41664<br>100 Europa Drive, Suite 401<br>Chapel Hill, NC 27517<br>jwhite@ptwfirm.com<br>(919) 246-4676<br>(919) 246-9113 fax<br>*Attorneys for Plaintiffs* | /s/ Stephanie Gaston Poley<br>Stephanie Gaston Poley, N.C. Bar # 31542<br><br>/s/ Joseph S. Johnston<br>/Joseph S. Johnston, N.C. Bar # 47068<br>Post Office Box 27808<br>Raleigh, North Carolina 27611-7808<br>(919) 828-5100<br>Fax: (919) 828-2277<br>spoley@cshlaw.com<br>jjohnston@cshlaw.com<br>*Attorneys for Field Connections, LLC* |

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Stipulation of Dismissal** has been served electronically via CM/ECF on the following:

Mark Wierman
Michael C. Griffin
Bradley Arant Boult Cummings LLP
214 N. Tryon St. Suite 3700
Charlotte, NC 28202
mwierman@bradley.com
mgriffin@bradley.com

Kenneth B. Rotenstreich
Teague Rotenstreich Stanaland Fox & Holt, P.L.L.C.
Post Office Box 1898
Greensboro, NC 27402-1898
kbr@trslaw.com

*Attorneys for Ocwen Loan Servicing, LLC, Wells Fargo Bank, NA and Altisource Solutions, Inc.*

Stephanie Gaston Poley
Joseph S. Johnston
Cranfill Sumner & Hartzog LLP
PO Box 27808
Raleigh, NC 27808
spoley@cshlaw.com
jjohnston@cshlaw.com
*Attorneys for Field Connections LLC*

Dated: January 30, 2017

/s/ James C. White