**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**
**1:15-cv-00615**

| | |
|---|---|
| LISA REHKOPF, ERIC SLATER, and LANCE REHKOPF,<br>    PLAINTIFFS,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, ALTISOURCE SOLUTIONS, INC., WELLS FARGO BANK N.A. AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-4, ASSET-BACKED CERTIFICATES, SERIES 2007-4, and FIELD CONNECTIONS, LLC,<br>    DEFENDANTS. | **STIPULATION OF DISMISSAL OF OCWEN LOAN SERVICING, LLC, ALTISOURCE SOLUTIONS, INC., AND WELLS FARGO BANK N.A. AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-4, ASSET-BACKED CERTIFICATES, SERIES 2007-4** |

    It is stipulated by the undersigned parties that all claims against Ocwen Loan Servicing, LLC, Altisource Solutions, Inc., and Wells Fargo Bank N.A. as Trustee For Option One Mortgage Loan Trust 2007-4, Asset-Backed Certificates, Series 2007-4 in this action are voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Rules of Civil Procedure.

    Respectfully submitted, this the 6th day of February, 2017.

    PARRY TYNDALL WHITE

| | |
|---|---|
| s/ James C. White<br>James C. White, N.C. Bar # 31859<br>Michelle M. Walker, N.C. Bar # 41664<br>100 Europa Drive, Suite 401<br>Chapel Hill, NC 27517<br>jwhite@ptwfirm.com<br>(919) 246-4676<br>(919) 246-9113 fax<br>*Attorneys for Plaintiffs* | /s/ Michael C. Griffin<br>Michael C. Griffin, N.C. Bar # 31947<br>Mark Wierman, N.C. Bar # 37143<br>Bradley Arant Boult Cummings LLP<br>214 N. Tryon St. Suite 3700<br>Charlotte, NC 28202<br>mgriffin@bradley.com<br>mwierman@bradley.com |

(704) 338-6000
(704) 338-6061 fax

Kenneth B. Rotenstreich
Teague Rotenstreich Stanaland Fox & Holt, P.L.L.C.
Post Office Box 1898
Greensboro, NC 27402-1898
kbr@trslaw.com

*Attorneys for Ocwen Loan Servicing, LLC, Wells Fargo Bank, NA and Altisource Solutions, Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **Stipulation of Dismissal** has been served electronically via CM/ECF on the following:

Mark Wierman
Michael C. Griffin
Bradley Arant Boult Cummings LLP
214 N. Tryon St. Suite 3700
Charlotte, NC 28202
mwierman@bradley.com
mgriffin@bradley.com

Kenneth B. Rotenstreich
Teague Rotenstreich Stanaland Fox & Holt, P.L.L.C.
Post Office Box 1898
Greensboro, NC 27402-1898
kbr@trslaw.com

*Attorneys for Ocwen Loan Servicing, LLC, Wells Fargo Bank, NA and Altisource Solutions, Inc.*

Stephanie Gaston Poley
Joseph S. Johnston
Cranfill Sumner & Hartzog LLP
PO Box 27808
Raleigh, NC 27808
spoley@cshlaw.com
jjohnston@cshlaw.com
*Attorneys for Field Connections LLC*

Dated: February 6, 2017

/s/ James C. White